UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                          4:95cr4036-WS

BRUNSTRICK DUCHE PARRIS,

    Defendant.

_____

ORDER GRANTING DEFENDANT'S MOTION
TO BE RESENTENCED

    Before the court is the defendant's motion to be resentenced.  Doc. 119.  The defendant has advised the court that, contrary to the recommendation made by the court at sentencting, the BOP cannot give him credit for the time he served in the Florida Department of Corrections.  He asks this court to resentence him to effectuate the court's intentions regarding his sentence.  The government has advised that it has no objection to the defendant's request.

    Accordingly, it is ORDERED:

    1.  The defendant's sentence shall be reduced to a term of seven (7) months.

    2.  The clerk shall prepare an amended judgment to reflect the seven-month sentence that was intended by the court.

DONE AND ORDERED this May 25, 2005.

      /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE